UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRISON K. WEXNER et al.,<br><br>      Plaintiffs,<br><br>    -v.-<br><br>WOLLMUTH MAHER & DEUTSCH LLP et al.,<br><br>      Defendants. | 24 Cv. 06598 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  For the reasons stated on the record at the October 14, 2025 conference, Defendants' motion to dismiss, ECF No. 25, is granted. Plaintiffs shall file any amended complaint by **November 14, 2025**. Any amended complaint shall address the deficiencies identified in the Court's October 14, 2025 ruling.

  In accordance with Rule 1.D of the Court's Individual Rules and Practices in Civil Cases, any amended complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss absent good cause.

  If Plaintiffs amend, then by three weeks after the amended complaint is filed, Defendants shall file an answer or a new motion to dismiss. If Defendants file a new motion to dismiss, any opposition shall be filed within 14 days, and any reply shall be filed within seven days of any opposition.

  If no amended complaint is filed by **November 14, 2025**, then without further order of this Court, the Clerk of Court is directed to enter judgment indicating that this action is dismissed without prejudice, in accordance with the Court's October 14, 2025 ruling.

  The Clerk of Court is further directed to terminate ECF No. 25.

SO ORDERED.

Dated: October 17, 2025
New York, New York

                                                                            _____
JENNIFER H. REARDEN
United States District Judge