UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

HARRISON K. WEXNER, HANNAH K. WEXNER, DAVID K. WEXNER, and SARAH K. WEXNER,

        Plaintiffs,

                                  No.   24-CV-06598-LTS

    -v-

WOLLMUTH MAHER
& DEUTCH LLP, and BRAD K. AXELROD,

        Defendants.

----------------------------------------------------------x

ORDER

On October 17, 2025, the Court granted Defendants' motion to dismiss.  (Docket entry no. 34.)  Because Plaintiffs failed to file an amended complaint by November 14, 2025, the Clerk of Court is directed to enter judgment dismissing this action without prejudice.

        SO ORDERED.

Dated: New York, New York
       January 9, 2026

                         /s/ Laura Taylor Swain
                         LAURA TAYLOR SWAIN
                         Chief United States District Judge