**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HARRISON K. WEXNER, HANNAH K.
WEXNER, DAVID K. WEXNER, and SARAH K.
WEXNER,

                         Plaintiffs,

        -against-                                 24 **CIVIL** 6598 (LTS)

                                                **JUDGMENT**

WOLLMUTH MAHER
& DEUTCH LLP, and BRAD K. AXELROD,

                         Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 9, 2026 and Order dated October 17, 2025, Defendants motion to dismiss is granted. Plaintiffs failed to file an amended complaint by November 14, 2025, judgment is entered dismissing this action without prejudice.

**Dated:** New York, New York

      January 13, 2026

                                        **TAMMI M. HELLWIG**

                                            **Clerk of Court**

BY: _____

                                        **Deputy Clerk**